UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

BENJAMIN MANESS,

    Plaintiff,

v.

ASI LLOYDS, et al.,

    Defendants.

No. 6:24-CV-052-H

### ORDER

Before the Court is Benjamin Maness's Notice of Nonsuit with Prejudice. Dkt. No. 36. The Court construes this notice as a motion for voluntary dismissal under Federal Rule of Civil Procedure 41(a)(2). The Court considers the dismissal proper and thus grants the motion. Accordingly, this case is dismissed with prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorneys' fees.

So ordered on August 18, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE